RESORTS INTERNATIONAL HOTEL, INC. v. NEW JERSEY
CASINO CONTROL COMMISSION.

July 23, 1985.

Petition for certification denied.

RESORTS INTERNATIONAL HOTEL, INC. v. NEW JERSEY
CASINO CONTROL COMMISSION.

July 23, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. ALLAN G. GOSSETT.

July 23, 1985.

Petitions for certification denied.

JOSEPH HILTON & ASSOCIATES, INC. v. JOHN H. EVANS.

July 23, 1985.

Petition for certification denied.